PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Michael D. Homer SO# 165073
Plaintiff's Name and ID Number

Lubbock County Detention Center
Place of Confinement

5-23CV-225-C

SEP 25 2023 AM 7:42
FILED - USDC - NDTX - LU

CASE NO. _____
(Clerk will assign the number)

v. SHERIFF, Kelly S. Rowe
3502 N. Holly, Lubbock, TX 79403
Defendant's Name and Address

CHIEF DEPUTY LE, Mike Reed
3502 N. Holly, Lubbock, TX 79403
Defendant's Name and Address

CHIEF DEPUTY, Cody Scott
3502 N. Holly, Lubbock, TX 79403
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: July 12 2023
      2. Parties to previous lawsuit:
        Plaintiff(s) Michael D. Homer SO#165073
        Defendant(s) Jim Bob Darnell, SunShine Stanek, LPD, B. Price, Jane Doe
      3. Court: (If federal, name the district; if state, name the county.) Northern District of Texas
      4. Cause number: 5-23CV-150-C
      5. Name of judge to whom case was assigned: Sam Cummings
      6. Disposition: (Was the case dismissed, appealed, still pending?) Still Pending
      7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: Lubbock County Detention Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Micheal Homer, P.O. Box 10535 Lubbock, Texas 79408

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Kelly S. Rowe, Sheriff, L.C.D.C., 3502 N. Holly Lubbock, TX, 79403 (Sueing Under Individual Capacities)
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failed to train Le Staff properly, Neglect

Defendant #2: Mike Reed, Chief Deputy LE, L.C.D.C. 3502 N. Holly Lubbock, Tx 79403 (Sueing Under Individual Capacities)
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failed to train Staff properly, Neglect

Defendant #3: Cody Scott, Chief Deputy, L.C.D.C. 3502 N. Holly Lubbock, TX 79403 (Sueing Under Individual Capacities)
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Failed to train Staff Properly, Neglect

Defendant #4: Wellpath Critical Care Solution, medical, L.C.D.C. 3502 N. Holly, Lubbock, Tx 79403 (Sueing Under Individual Capacities)
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violation of American with Disabilities Act, Violation of 8th Amendment, Violation of 14th Amendment Equal Protection, Neglect

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

In the month of Feb. Year 2022 I was sent back to Lubbock County Detention Center as a pre-trial detainee on state charges. Once I was booked in L.C.D.C. a while later my Therapeutic free world shoes was taken from me for no reason. On 2-11-22 I submitted a Request to medical showing I was still in pain from my leg injuries, but this was disregarded as nothing was wrong with me. Again I submitted a request to medical seeing if I could get pain medication for

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Punitive Damages in the Amount of 250,000.00$ from each Defendant, Compensatory Damages in the Amount of 250,000.00$ from each Defendant

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Michael Homer, Mike Homer, MAGIC

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Lubbock County So #165073, Federal #48707-177

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date sanctions were imposed: N/A
   4. Have the sanctions been lifted or otherwise satisfied? N/A ___ YES ___ NO

4

Attachment Too: Statement of Claim V. PG#1

my leg, then I came yet again in another Medical Request asking for a bottom bunk bottom tier pass and nothing was done for me this was on 3-13-22 I want to submitt Med. Request as Exhibit 1-A Case # 11,192,020 to support my claim. I recieved my Shoes from Sgt. Taylor while being housed in L.C.D.C., A Doctor Micheal Jenkins issued me the theropeutic medical shoe pass, So I didnt understand why medical wellpath personnel took my shoes from me when my injurys are permanent for I have metal plates + rods in one leg or the other, I want to submitt Med. Request # 12,488,279 as Exhibit 2-B to support my claim in this matter, my shoes was taken while I was in the shower 8-2-22, I've also ask to be moved back to Bottum tier Several times but nothing was done for me & im constantly in pain I have Complained about these accommodations for over a year, Medical Wellpath Personnel have been Neglecing my Permanet injery's in discriminating my Disablitie's I know That my Dr. Michael Jenkin's Wrote me a Theropeutic Medical Shoe pass and a Bottom tier Bottom Bunk

Pg.2

Attachment Too: Statement of Claim v. Pg 4

Pass that Got Clear threw L.C.D.C and Medical WellPath according to Medical Record's. Since I've been Incarcerated... My family Order Me Shoe and dropped them off at LCDC Sgt. Taylor brought them to me his self I wore Them for a few Months. Than WellPath took them and My Bottom tier Bottom Bunk Pass for No Reason!! Because of there Action. They Put my life at Risk On Sept 18th 2023 Me and My cellmate was Going to take Shower's... When MY ankle went out on the way down the stair's the only thing I could Reach for was MY cellmate Richard Marshel #2305777. We both Fell hard and ended up at the bottom of the stAIRCASE. We were taken to L.C.D.C Medical Center treated and Housed In a Medical Pod. Due to My Medical history With both leg's With two separate surgery's done on each Leg's and multipe screw's Rod's Pin and Plate threw out my Leg's... When I Complained to the Lubbock County Detention Center and to Medical WellPath Personnel. They Failed to hear me out and Because of that they Put Mike and Richard M. Life At Risk we both suffered Pain Even If Minor we where hurt and Could have Broke our Neck and Died!! Lubbock County Staff and WellPath Personnel told me that Medical took My Shoe Pass and Approved me to be housed on 2 Row, Top Bunk. But No One in Lubbock County Jail Can Clear me to be housed on Two Row Top Bunk, OR Take My Medical Shoe's from me. WellPath Medical

PG3

Attachment too Statement of Claim v. PG 4
Personnel Made the first Move 2-11-22. Knowing I have Permanent injery's I wasn't suppose to be on 2 Row, Top Bunk! Than When Medical cleared me to have My Shoe's I was suppose to keep them... Because My Theropeutic Medical Shoe Pass didn't have No expiration date on it... But they Did out of Spite therefor putting MY life at Risk later Richard's life too. After I fell and Got Release from Medical Pod. Sept 20, 2023 WellPath Personnel Dr. Reddick Refuse to take Me off Two teir Top Bunk and Refuse to Give Me BACK MY Medical Shoe's. Two days after I almost Broke MY Neck... I feel like MY life is and danger under the care of L.C.D.C. and Wellpath Medical... I Need to be transferred until MY trial!

C. Has any court ever warned or notified you that sanctions could be imposed?   ___YES  ✓NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: _____
            DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __20__ day of __September__, 20 _23_.
            (Day)              (month)              (year)

           *Michael D. Homer*
           *Michael Homer*
           (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

# Medical Request Form - #11,192,020

| | | | |
|---|---|---|---|
| From: | MICHAEL HOMER (165073) | Date Submitted: | 03/13/2022 10:33 AM |
| Housing Area: | 6D | Date Received: | 03/13/2022 11:18 AM |
| Assigned To: | Medical Request | Status: | **CLOSED** |

Request

## Request for Medical Services

**Are you allergic to any medications?**
Yes

If yes, what?


**For which problem are you requesting to see the medical department?**
I need my bottom bunk restriction started back up because I have rod's screws plates and pin's in my ankle also in my hip!!! I'm also on a high dosages of MED's and it keep me dizz in the am time... I also have seizure's from time to time if I get up to fast!!! Please if yall can give me my bottom bunk restriction started back up and get me a extra mat pass so i can to lay down and not be and so much pain!!!!!

When did this problem start?

Ten to 15 yrs

How long have you had this problem?

Since y'all took me off my MED's

**Is your problem related to a mental health condition?**
Yes



**SICK CALL | EMERGENCY MEDICAL SERVICES**
All non-emergency medical issues will be addressed through the sick call process. Emergency medical conditions should be brought to the attention of the security officer assigned to your area.

**NOTICE OF CO-PAYMENT SYSTEM**
In accordance with Texas State Law, if this request for medical attention meets inmate healthcare copayment criteria, I understand that my trust fund will be charged the appropriate amount for the services received: Prescriptions - $3 each, Sick Call - $5 each visit, Dental Services - $10, Physician or Mid-Level Provider - $10, Mental Health Services - $10. I also understand that I will be provided access to health care services regardless of my ability to pay.

**Signature**

Michael de'shawn homer

**Date of Birth**

3-28-88

**SO#**

165073

Response by **HSA. P. REEDER** on **03/14/2022** at **11:49 AM**

YOU HAVE BEEN CLEARED BY ORTHO TO RESUME FULL DUTIES PER THE NOTES IN YOUR CHART. THERE IS NO MEDICAL CRITERIA FOR YOU TO BE ON A BOTTOM BUNK, I DID SPEAK WITH THE NURSE PRACTITIONER AND SHE ALSO STATED THAT YOU DO NOT FIT THE CRITERIA FOR A BOTTOM BUNK, YOU DO NOT HAVE A HISTORY OF SEIZURES. IF YOU ARE GETTING DIZZY, YOU NEED TO DRINK MORE WATER AND KEEP YOURSELF HYDRATED. ALSO WHEN YOU DO GET DIZZY, SIT DOWN AND STAND UP SLOWLY. ALSO IF YOU ARE GETTING DIZZY FROM THE NEURONTIN THAT YOU ARE TAKING, FOR NEUROPATHY, NOT SEIZURES, THEN WE CAN TALK TO THE NP ABOUT DECREASING THE DOSAGE OF YOUR NEURONTIN. ANY OTHER ISSUES PLEASE SUBMIT ANOTHER SICK CALL, AS YOU DID SEE THE NP THIS MORNING. THANK YOU



## Medical Request Form - #12,488,279

From: MICHAEL HOMER (165073)  
Housing Area: 4D  
Assigned To: Medical Complaints and Grievances  

Date Submitted: 08/02/2022 10:42 AM  
Date Received: 08/05/2022 12:45 PM  
Status: **CLOSED**

Request

# Request for Medical Services

**Are you allergic to any medications?**
Yes

If yes, what?


**For which problem are you requesting to see the medical department?**
My medical shoe's

When did this problem start?

I came to jail under medical care form my free world doctor Michael Jenkins in he order me medical therapeutic for my foot!!!! In my family order me my shoe's in dropped them off up here I've been having my shoe's for 5 months in I went to the shower in was told medical took them!!!!! Now my shoe's was order in cost my family a lot!!!!

How long have you had this problem?

My foot been broke since last March!!!!!! Today Yall took my property from me for no reason!!!!

**Is your problem related to a mental health condition?**
Yes



### SICK CALL | EMERGENCY MEDICAL SERVICES
All non-emergency medical issues will be addressed through the sick call process. Emergency medical conditions should be brought to the attention of the security officer assigned to your area.

### NOTICE OF CO-PAYMENT SYSTEM
In accordance with Texas State Law, if this request for medical attention meets inmate healthcare copayment criteria, I understand that my trust fund will be charged the appropriate amount for the services received: Prescriptions - $3 each, Sick Call - $5 each visit, Dental Services - $10, Physician or Mid-Level Provider - $10, Mental Health Services - $10. I also understand that I will be provided access to health care services regardless of my ability to pay.

**Signature**

Michael homer

**Date of Birth**

3\28\88

**SO#**

165073

Response by **Miss. K. Buchanan** on **08/05/2022** at **3:47 PM**

Please submit a Complaint form to have this issue addressed.



# Grievance - 10548  (SJM Ref #16,644,555)

From:           MICHAEL HOMER (165073)          Date Submitted:    08/26/2023 8:17 PM
Housing Area:   1B Top                          Date Received:     08/30/2023 4:04 PM
Assigned To:    Medical Complaints and Grievances   Status:        **CLOSED**

Request

# Lubbock County Sheriff's Office - Detention Division

Inmate Grievance Form

NOTE: Any form not properly filled out completely WILL NOT BE PROCESSED

A GRIEVANCE IS:
   (1) A VIOLATION OF CIVIL RIGHTS
   2) A CRIMINAL ACT
   (3) UNJUST DENIAL OF INMATE RIGHTS OR PRIVILEGES
   (4) PROHIBITED ACT BY FACILITY OR STAFF

Only fill this form out if one of these acts have occurred. If you feel this is a grievance, complete and submit grievance form and it will be delivered to the grievance officer.

**Statement:**
I'm writing this grievance about a medical situation, I'm suppose to be on on bottom bunk bottom tier at this very moment but my pass was taken I'm still in pain it hurts to take the stairs everyday going up and down these stairs takes a toll on me, not only this I was given a shoe pass to accommodate my pass injury's by umc Dr. Jenkins, this pass was took from me by wellpath medical personnel after I told them I was still in pain, I'm trying to get back on, one row and I need my shoes back please

**Signature**
M. Homer

This statement is true and correct to the best of my knowledge and belief.

**Response by Miss. K. Buchanan on 08/30/2023 at 6:34 PM**
The bottom bunk restricted was discontinued by the MD on 2/14/23. You placed a sick call regarding this on 8/24/23 and were advised on 8/26/23 you were placed in the provider book with your request for a bottom bunk/bottom tier pass. There is no listed documentation in your chart

Printed on 09/07/2023 at 11:54 AM                                          Page 1 of 2

between 2/14/23 and current from any other doctor stating necessity. Due to this, please come to medical for your scheduled appointment regarding this matter when called.

Michael Homer 165075
3502 North Holly Ave
Lubbock TX 79403



Legal Mail

Legal Mail

Office of the Clerk
Northern District of Texas
1205 Texas Ave Room 209
Lubbock TX 79401

RECEIVED
SEP 25 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS