IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| MICHAEL D. HOMER,<br>Institutional ID No. 165073 | § § § § | |
| Plaintiff, | § § | No. 5:23-CV-225-BV |
| v. | § § | |
| KELLY S. ROWE, *et al.*, | § § | |
| Defendants. | § § | |

## JUDGMENT

It is **ORDERED** and **ADJUDGED** that Plaintiff's complaint and all claims alleged therein are dismissed with prejudice. This dismissal shall count as a qualifying dismissal or "strike" under 28 U.S.C. § 1915 and *Adepegba v. Hammons*, 103 F.3d 383 (5th Cir. 1996). *See Lomax v. Ortiz-Marquez*, 140 S. Ct. 1721, 1723 (2020).

**SO ORDERED.**

Dated: May 22, 2025.

_____
**AMANDA 'AMY' R. BURCH**
**UNITED STATES MAGISTRATE JUDGE**